UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | In Bankruptcy Under Chapter 7 |
| | ) | |
| CHICAGOLAND TRANSPORTATION SOLUTIONS, INC., | ) ) | Case No. 17-80897 |
| | ) | |
| Debtor. | ) | Judge Thomas M. Lynch |

## NOTICE OF MOTION TO SELL ASSETS

The Trustee, James E. Stevens, has filed a Motion to Sell Assets in the above-captioned case.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you want the Court to consider your views on the Motion, then you or your attorney must:

1. File a written response to the above motion on or before the date set for the hearing on the motion at the United States Bankruptcy Court, 327 South Church Street, Room 1100, Rockford, IL 61101, or
2. Attend the hearing scheduled to be held on **AUGUST 11, 2017 AT 1:00 P.M.** at the United States Bankruptcy Court, 327 South Church Street, Room 3100, Rockford, IL 61101.

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above. You must also mail a copy to Attorney James E. Stevens, Barrick, Switzer, Long, Balsley & Van Evera, 6833 Stalter Drive, Rockford, IL 61108.

If you file a response, attend the hearing on the motion scheduled to be held on **AUGUST 11, 2017 AT 1:00 P.M.** at the United States Bankruptcy Court, 327 South Church Street, Room 3100, Rockford, IL 61101.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an Order granting that relief.

Dated: July 21, 2017

/s/ James E. Stevens
JAMES E. STEVENS
BARRICK, SWITZER, LONG,
 BALSLEY & VAN EVERA, LLP
6833 Stalter Drive
Rockford, IL 61108

## PROOF OF SERVICE

I, the undersigned, certify that a copy of the foregoing document was served upon:

SEE ATTACHED SERVICE LIST

That I sealed said envelope and placed sufficient United States postage on each; that I deposited said envelope so sealed and stamped in the United States Mail at Rockford, Illinois, at or about the hour of 5:00 p.m. on the 21st day of July, 2017, or via the Court's CM/ECF system by electronic transmission.

/s/ Debbie M. Harris

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-3<br>Case 17-80897<br>Northern District of Illinois<br>Rockford<br>Wed Jun 14 14:41:55 CDT 2017 | CHICAGOLAND TRANSPORTATION SOLUTIONS, INC.<br>650 Applewood<br>Algonquin, IL 60102-3943 | U.S. Bankruptcy Court<br>Western Division<br>327 South Church Street<br>Rockford, IL 61101-1320 |
| A-1 Airport Limousine<br>114 East Lake St<br>Bloomingdale, IL 60108-1169 | AT&T<br>P.O. Box 5014<br>Carol Stream, IL 60197-5014 | American Express<br>P.O. Box 0001<br>Los Angeles, CA 90096-8000 |
| BHH<br>652 Meadow Ct<br>Des Plaines, IL 60016-1132 | Bestway Charter Transportation, Inc<br>1461 Phoenix Dr<br>Des Plaines, IL 60018-1126 | Bill Waterpool<br>5555 N. Sheridan #908<br>Chicago, IL 60640-1614 |
| Bonnie Lee<br>690 Coventry Lane<br>Crystal Lake, IL 60014-7508 | Brian Whitaker<br>650 Applewood<br>Algonquin, IL 60102-3943 | Chicago Classic Coach<br>401 East Prospect Ave., Ste 113<br>Mount Prospect, IL 60056-3360 |
| Chosen Payments<br>5401 Tech Circle<br>2nd Floor<br>Moorpark, CA 93021-1773 | Chosen Technology<br>5401 Tech Circle<br>2nd Floor<br>Moorpark, CA 93021-1773 | Dana Gehlhausen<br>P.O. Box 150<br>Lafox, IL 60147-0150 |
| Dex One<br>P.O. Box 9001401<br>Louisville, KY 40290-1401 | Ford Credit<br>P.O. Box 219825<br>Kansas City, MO 64121-9825 | Ideal Transportation Management, LL<br>9982 S. Anderson, Unit A<br>Chicago Ridge, IL 60415-1424 |
| Illinois Department of Employment Security<br>33 S State St., 10th Flr Coll Bkry<br>Chicago, Illinois 60603-2804<br>Attn. Amelia Yabes | Illinois Department of Revenue<br>Bankruptcy Department<br>P. O. Box 64338<br>Chicago, IL 60664-0338 | Illinois Dept of Employment Securit<br>P.O. Box 3637<br>Springfield, IL 62708-3637 |
| Internal Revenue Service<br>Centralized Insolvency Ooperations<br>P.O.Box 7346<br>Philadelphia, PA 19101-7346 | James Mendelsohn<br>1003 Leford Lane<br>Wheaton, IL 60189-6243 | Kathy Caldwell<br>821 Ferdinand<br>Forest Park, IL 60130-2003 |
| Let Me Arrange It<br>P.O. Box 5112<br>Elgin, IL 60121-5112 | Lisa Cerrentano<br>1070 Oxford<br>South Elgin, IL 60177-2736 | Lon Withers<br>535 W. Cornelia #1009<br>Chicago, IL 60657-2714 |
| MarketSource (Michele Krug)<br>210 Washington Blvd<br>Oak Park, IL 60302-4104 | Michele Catania<br>1386 Eastwood Dr<br>Aurora, IL 60506-6345 | Mike McEvoy<br>5803 Hillside Rd<br>Crystal Lake, IL 60012-1827 |

Nasatir & Nasatir 14, LLC
1258 W. Northwest Hwy
Palatine, IL 60067-1897

Renee Knorr
6211 Grand Ave.
Downers Grove, IL 60516-2002

Starlight Express Charter
8945 South 87th Ave
Hickory Hills, IL 60457-1772


The Trolley Car & Bus Co.
226 Park St
Bensenville, IL 60106-2557

VIP Charter
374 North Cedar Ave.
Wood Dale, IL 60191-1541

Voyager Fleet Systems, Inc
P.O. Box 412535
Kansas City, MO 64141-2535


James E Stevens
Barrick, Switzer, Long, Balsley & Van Ev
6833 Stalter Drive
Rockford, IL 61108-2582

Patrick S Layng
Office of the U.S. Trustee, Region 11
780 Regent St.
Suite 304
Madison, WI 53715-2635

Timothy M Hughes
Lavelle Law, Ltd
501 West Colfax
Palatine, IL 60067-2545


End of Label Matrix
Mailable recipients    38
Bypassed recipients     0
Total                  38

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | In Bankruptcy Under Chapter 7 |
| | ) | |
| CHICAGOLAND TRANSPORTATION SOLUTIONS, INC., | ) ) | Case No. 17-80897 |
| | ) | |
| Debtor. | ) | Judge Thomas M. Lynch |

## MOTION TO SELL ASSETS

NOW COMES the Chapter 7 Trustee, by and through his attorney, JAMES E. STEVENS, and moves the Court to authorize the sale of the 2012 Toyota Highlander vehicle, and in support thereof states as follows:

1. The Debtor, CHICAGOLAND TRANSPORTATION SOLUTIONS, INC., filed for relief under Chapter 7 of the United States Bankruptcy Code on April 14, 2017.

2. JAMES E. STEVENS is the duly qualified and acting Trustee in said Chapter 7 bankruptcy proceeding.

3. Included in the assets of the Bankruptcy Estate is a 2012 Toyota Highlander vehicle having a value of $20,000.00.

4. The vehicle was turned over to the Trustee for case administration and sale.

5. The Trustee has advertised the vehicle on the Craigslist website for $18,500.00.

6. The Trustee has received an offer from Mr. Bill Finley of Belton, Missouri for the vehicle in the sum of $16,375.00 in "as is" and "where is" condition. Attached hereto as "Exhibit A" is a true and correct copy of Mr. Finley's bid. Mr. Finley has agreed to pay to the Trustee via certified funds for the vehicle prior to the hearing of this motion.

7. The Trustee believes that it is in the best interest of the Bankruptcy Estate to accept said offer to purchase considering the cost and risks of sale on the open market.

WHEREFORE, the Chapter 7 Trustee moves the Court for authorization to sell the Bankruptcy Estate's interest in the 2012 Toyota Highlander vehicle to Mr. Bill Finley for the lump sum payment of $16,375.00 in "as is" and "where is" condition, and that the Trustee be authorized to execute such documents as may be reasonably required to consummate said transaction.

ATTORNEY FOR THE TRUSTEE,

BY: /s/ James E. Stevens
JAMES E. STEVENS

Attorney James E. Stevens (3128256)
BARRICK, SWITZER, LONG,
 BALSLEY & VAN EVERA, LLP
6833 Stalter Drive
Rockford, IL 61108
(815) 962-6611
jstevens@bslbv.com