UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **CHICAGOLAND TRANSPORTATION SOLUTIONS, INC.** | ) ) ) | Bankruptcy Case No. 17-80897 TML Chapter 7 |
| Debtor(s). | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 5, 2017, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

CHICAGOLAND TRANSPORTATION
SOLUTIONS, INC.
650 APPLEWOOD
ALGONQUIN, IL 60102

TIMOTHY M HUGHES
LAVELLE LEGAL SERVICES LTD
1933 N. MEACHAM RD. #600
SCHAUMBURG, IL 60173
*(Via ECF Electronic Transmission)*

Illinois Department of Employment Security
33 S State St., 10th Flr Coll Bkry
Chicago, IL 60603

Internal Revenue Service
P.O. Box 7317
Philadelphia, PA 19101-7317

Ford Motor Credit Company LLC
PO Box 62180
Colorado Springs, CO 80962

Michele Catania
1386 Eastwood Dr
Aurora, IL 60506

Lisa Cerrentano
1070 Oxford
South Elgin, IL 60177

American Express Bank, FSB
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

/s/ Debbie M. Harris

JAMES E. STEVENS, Trustee
6833 Stalter Drive
Rockford, IL 61108
(815) 962-6611
jstevens@bslbv.com