# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re: CHICAGOLAND TRANSPORTATION § Case No. 17-80897
SOLUTIONS, INC. §
§
Debtor(s) §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $1,165.88          Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $28,179.39    Claims Discharged
                                               Without Payment: $160,343.29

Total Expenses of Administration: $6,912.35

3) Total gross receipts of $ 35,091.74 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $35,091.74 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $14,000.00 | $14,155.80 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 6,912.35 | 6,912.35 | 6,912.35 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 2,375.10 | 2,375.10 | 2,375.10 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 183,681.75 | 42,815.12 | 42,815.12 | 25,804.29 |
| **TOTAL DISBURSEMENTS** | $197,681.75 | $66,258.37 | $52,102.57 | $35,091.74 |

    4) This case was originally filed under Chapter 7 on April 14, 2017. The case was pending for 10 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/14/2018           By: /s/JAMES E. STEVENS
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| A/R 90 days old or less. Face amount = $16,000.0 | 1121-000 | 16,995.04 |
| 2016 Ford Fusion | 1129-000 | 1,721.70 |
| 2012 Toyota Highlander | 1129-000 | 16,375.00 |
| **TOTAL GROSS RECEIPTS** | | **$35,091.74** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Ford Motor Credit Company LLC | 4210-000 | 14,000.00 | 14,155.80 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$14,000.00** | **$14,155.80** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - JAMES E. STEVENS | 2100-000 | N/A | 4,259.17 | 4,259.17 | 4,259.17 |
| Other - Barrick, Switzer, Long, Balsley & Van Evera | 3210-000 | N/A | 2,307.50 | 2,307.50 | 2,307.50 |
| Other - Barrick, Switzer, Long, Balsley & Van Evera | 3220-000 | N/A | 224.78 | 224.78 | 224.78 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | | N/A | 11.40 | 11.40 | 11.40 |
| Other - Rabobank, N.A. | 2600-000 | | N/A | 23.61 | 23.61 | 23.61 |
| Other - Rabobank, N.A. | 2600-000 | | N/A | 38.20 | 38.20 | 38.20 |
| Other - Rabobank, N.A. | 2600-000 | | N/A | 47.69 | 47.69 | 47.69 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | $6,912.35 | $6,912.35 | $6,912.35 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Illinois Department of Employment Security | 5800-000 | N/A | 1,458.99 | 1,458.99 | 1,458.99 |
| 2P | Internal Revenue Service | 5800-000 | 0.00 | 916.11 | 916.11 | 916.11 |
| NOTFILED | Illinois Department of Revenue | 5200-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Dept of Employment | 5200-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $2,375.10 | $2,375.10 | $2,375.10 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Illinois Department of Employment Security | 7100-000 | N/A | 50.00 | 50.00 | 30.13 |
| 2U | Internal Revenue Service | 7100-000 | N/A | 1,115.61 | 1,115.61 | 672.37 |
| 4 | Michele Catania | 7100-000 | 620.50 | 609.00 | 609.00 | 367.04 |
| 5 | Lisa Cerrentano | 7100-000 | 199.00 | 964.50 | 964.50 | 581.30 |
| 6 | American Express Bank, FSB | 7100-000 | 39,529.79 | 40,076.01 | 40,076.01 | 24,153.45 |
| NOTFILED | MarketSource (Michele Krug) | 7100-000 | 1,247.50 | N/A | N/A | 0.00 |
| NOTFILED | Lon Withers | 7100-000 | 435.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Kathy Caldwell | 7100-000 | 145.00 | N/A | N/A | 0.00 |
| NOTFILED | Let Me Arrange It | 7100-000 | 3,938.00 | N/A | N/A | 0.00 |
| NOTFILED | Mike McEvoy | 7100-000 | 315.00 | N/A | N/A | 0.00 |
| NOTFILED | James Mendelsohn | 7100-000 | 145.00 | N/A | N/A | 0.00 |
| NOTFILED | Ideal Transportation Management, LL | 7100-000 | 9,225.50 | N/A | N/A | 0.00 |
| NOTFILED | VIP Charter | 7100-000 | 400.00 | N/A | N/A | 0.00 |
| NOTFILED | Voyager Fleet Systems, Inc | 7100-000 | 334.68 | N/A | N/A | 0.00 |
| NOTFILED | Starlight Express Charter | 7100-000 | 9,595.00 | N/A | N/A | 0.00 |
| NOTFILED | The Trolley Car & Bus Co. | 7100-000 | 10,036.50 | N/A | N/A | 0.00 |
| NOTFILED | Nasatir & Nasatir 14, LLC | 7100-000 | 36,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Renee Knorr | 7100-000 | 1,144.00 | N/A | N/A | 0.00 |
| NOTFILED | Chosen Payments | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | A-1 Airport Limousine | 7100-000 | 2,062.30 | N/A | N/A | 0.00 |
| NOTFILED | AT&T | 7100-000 | 46.00 | N/A | N/A | 0.00 |
| NOTFILED | Bestway Charter Transportation, Inc | 7100-000 | 15,824.00 | N/A | N/A | 0.00 |
| NOTFILED | BHH | 7100-000 | 47,432.00 | N/A | N/A | 0.00 |
| NOTFILED | Chosen Technology | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Dana Gehlhausen | 7100-000 | 632.00 | N/A | N/A | 0.00 |
| NOTFILED | Chicago Classic Coach | 7100-000 | 2,546.00 | N/A | N/A | 0.00 |
| NOTFILED | Bill Waterpool | 7100-000 | 1,200.00 | N/A | N/A | 0.00 |
| NOTFILED | Bonnie Lee | 7100-000 | 420.00 | N/A | N/A | 0.00 |
| NOTFILED | Dex One | 7100-000 | 208.98 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $183,681.75 | $42,815.12 | $42,815.12 | $25,804.29 |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-80897  
**Case Name:** CHICAGOLAND TRANSPORTATION SOLUTIONS, INC.  
**Period Ending:** 02/14/18

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 04/14/17 (f)  
**§341(a) Meeting Date:** 06/01/17  
**Claims Bar Date:** 09/18/17

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | Checking Account at BMO Harris | 100.15 | 0.00 | | 0.00 | FA |
| 2 | Savings Account at BMO Harris | 9.97 | 0.00 | | 0.00 | FA |
| 3 | Payroll - checking Account at BMO Harris | 55.76 | 0.00 | | 0.00 | FA |
| 4 | Rental security deposit held with Landlord | 0.00 | 0.00 | | 0.00 | FA |
| 5 | A/R 90 days old or less. Face amount = $16,000.0 | 16,000.00 | 16,000.00 | | 16,995.04 | FA |
| 6 | A/R Over 90 days old. Face amount = $0.00 | 0.00 | 0.00 | | 0.00 | FA |
| 7 | 2016 Ford Fusion | 18,000.00 | 0.00 | | 1,721.70 | FA |
| 8 | 2012 Toyota Highlander   See Order to Sell Assets entered 8/11/17. | 20,000.00 | 18,500.00 | | 16,375.00 | FA |
| 9 | Misc. office furniture, files, computer | 1,000.00 | 0.00 | | 0.00 | FA |
| 9 | **Assets  Totals** (Excluding unknown values) | **$55,165.88** | **$34,500.00** | | **$35,091.74** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   October 1, 2017          **Current Projected Date Of Final Report (TFR):**   October 26, 2017  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 17-80897  
**Case Name:** CHICAGOLAND TRANSPORTATION SOLUTIONS, INC.  
**Taxpayer ID #:** **-***1960  
**Period Ending:** 02/14/18  

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8166 - Checking Account  
**Blanket Bond:** $4,396,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/14/17 | {5} | Chicagoland Transport | accounts receivable | 1121-000 | 16,995.04 | | 16,995.04 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.40 | 16,983.64 |
| 07/31/17 | {8} | RLB Services LLC | down payment on Highlander | 1129-000 | 500.00 | | 17,483.64 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.61 | 17,460.03 |
| 08/16/17 | {8} | RLB Services | Commerce Bank Cashier's Check | 1129-000 | 15,875.00 | | 33,335.03 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.20 | 33,296.83 |
| 09/11/17 | {7} | FORD MOTOR CREDIT COMPANY | EXCESS MONIES AFTER SALE OF MOTOR VEHICLE | 1129-000 | 1,721.70 | | 35,018.53 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 47.69 | 34,970.84 |
| 12/27/17 | 101 | JAMES E. STEVENS | Dividend paid 100.00% on $4,259.17, Trustee Compensation; Reference: | 2100-000 | | 4,259.17 | 30,711.67 |
| 12/27/17 | 102 | Michele Catania | Dividend paid 60.26% on $609.00; Claim# 4; Filed: $609.00; Reference: | 7100-000 | | 367.04 | 30,344.63 |
| 12/27/17 | 103 | Lisa Cerrentano | Dividend paid 60.26% on $964.50; Claim# 5; Filed: $964.50; Reference: | 7100-000 | | 581.30 | 29,763.33 |
| 12/27/17 | 104 | American Express Bank, FSB | Dividend paid 60.26% on $40,076.01; Claim# 6; Filed: $40,076.01; Reference: | 7100-000 | | 24,153.45 | 5,609.88 |
| 12/27/17 | 105 | Barrick, Switzer, Long, Balsley & Van Evera | Combined Check for Claims#et_al. | | | 2,532.28 | 3,077.60 |
| | | | Dividend paid 100.00% on $2,307.50; Claim# ; Filed: $2,307.50 | 3210-000 | 2,307.50 | | 3,077.60 |
| | | | Dividend paid 100.00% on $224.78; Claim# ; Filed: $224.78 | 3220-000 | 224.78 | | 3,077.60 |
| 12/27/17 | 106 | Illinois Department of Employment Security | Combined Check for Claims#1U,1P | | | 1,489.12 | 1,588.48 |
| | | | Dividend paid 60.26% on $50.00; Claim# 1U; Filed: $50.00 | 7100-000 | 30.13 | | 1,588.48 |
| | | | Dividend paid 100.00% on $1,458.99; Claim# 1P; Filed: $1,458.99 | 5800-000 | 1,458.99 | | 1,588.48 |
| 12/27/17 | 107 | Internal Revenue Service | Combined Check for Claims#2P,2U | | | 1,588.48 | 0.00 |
| | | | Dividend paid 100.00% on $916.11; Claim# 2P; Filed: $916.11 | 5800-000 | 916.11 | | 0.00 |
| | | | Dividend paid 60.26% | 7100-000 | 672.37 | | 0.00 |

Subtotals : $35,091.74    $35,091.74

{} Asset reference(s)    Printed: 02/14/2018 08:01 AM    V.13.32

Exhibit 9

## FORM 2

Page: 2

### Cash Receipts And Disbursements Record

| **Case Number:** | 17-80897 | **Trustee:** | JAMES E. STEVENS (330420) |
|---|---|---|---|
| **Case Name:** | CHICAGOLAND TRANSPORTATION SOLUTIONS, INC. | **Bank Name:** | Rabobank, N.A. |
| | | **Account:** | ******8166 - Checking Account |
| **Taxpayer ID #:** | **-***1960 | **Blanket Bond:** | $4,396,000.00  (per case limit) |
| **Period Ending:** | 02/14/18 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | on $1,115.61;  Claim# 2U; Filed: $1,115.61 | | | | |
| | | | **ACCOUNT TOTALS** | | 35,091.74 | 35,091.74 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 35,091.74 | 35,091.74 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$35,091.74** | **$35,091.74** | |

| **TOTAL - ALL ACCOUNTS** | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******8166** | 35,091.74 | 35,091.74 | 0.00 |
| | **$35,091.74** | **$35,091.74** | **$0.00** |

{} Asset reference(s)                                                                                           Printed: 02/14/2018 08:01 AM    V.13.32